UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-8 |
| JAMES TASSIN | SECTION: "E" |

RE-NOTICE OF SENTENCING

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take notice that this criminal case has been reset for **Sentencing** on **August 16, 2022** at **1:00 p.m.**, before Judge Susie Morgan, 500 Poydras St., New Orleans, LA

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  May 24, 2022                        CAROL L. MICHEL, CLERK

                                           by:  Brad Newell, Deputy Clerk

TO:

James Tassin (**BOND**)                    AUSA: Nicholas D. Moses, T.A.

**COUNSEL FOR JAMES TASSIN:**              U.S. Marshal
Walter F. Becker, Retained

                                           U.S. Probation & Pre-Trial Services Unit

                                           EPA: Matt Myles, SA
                                                Myles.Matthew@epa.gov

                                           Interpreter: **NONE**

                                           **If you change address,
                                           notify clerk of court
                                           by phone, 504-589-7714**