May 25, 2021

RE: James Paul Tassin

Honorable Susie Morgan:

I am writing this letter in regards to my son, James Paul. I want you to know that he is a good hearted person who will help anyone who is in need. When his stepdad was dying of cancer, James was always at the house or the hospital caring for him. Towards the end when his stepfather was too ill to walk, he would carry him to the restroom and from his bed to his chair. When he passed away, James was there to support me emotionally as well as financially. If there were things that needed to be done around the house, James took care of them. James' good nature doesn't just stop with me, his mother but also extends to his wife's family as well as he has at times helped them out in financial situations. James is a hard working individual, always busy either at work or home. James is never sitting idle.

I ask you to take this information in to consideration as James is a wonderful son, person and friend.


Sincerely,

*Brenda White*

Brenda White

May 5, 2021

RE: James Paul Tassin

Honorable Susie Morgan:

I am writing this letter of character on behalf of James Paul Tassin. James is our nephew and we are very proud of the man he has become. He is a hard-working individual and a good son. James is always there to help his mom with things around the house and monetary issues. Before the pandemic, James would attend family functions at our house. He would always make time to call or text just to check on us and to tell us that he loves us.

We appreciate you taking the time to read this letter on behalf of James. It is our hope that his good character is taken into consideration.

Sincerely,

*Kerry M & Debra Guidroz*
Kerry M and Debra P Guidroz